**Order entered July 19, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-08-01584-CV

**TXU PORTFOLIO MANAGEMENT COMPANY, L.P. N/K/A LUMINANT ENERGY COMPANY, L.L.C., Appellant**

**V.**

**FPL ENERGY, LLC; FPL ENERGY PECOS WIND I, LP; FPL ENERGY PECOS WIND II, ET ALL, Appellee**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 04-10314**

## ORDER

The parties are **ORDERED** to report their settlement status no later than 12:00 p.m., August 11, 2017.

/s/    BILL WHITEHILL
        JUSTICE